No. 80–1492.   SHELTON v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 80–1521.   GREENBERG v. SAN JUAN HOTEL CORP. C. A. 2d Cir.   Certiorari denied.

No. 80–5028.   ARECHIGA v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 80–5945.   McFADDEN v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 80–6056.   COLE v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 80–6082.   PETTY v. JACKSON, CORRECTIONS DIRECTOR. C. A. D. C. Cir.   Certiorari denied.

No. 80–6113.   WILLIAMS v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 80–6123.   MONTELLANO v. UNITED STATES; and
No. 80–6167.   PORTILLO v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.   Reported below: 633 F. 2d 1313.

No. 80–6164.   DAVIS v. NEW YORK.   Sup. Ct. N. Y., Erie County.   Certiorari denied.

No. 80–6178.   ROWE v. ARKANSAS.   Sup. Ct. Ark.   Certiorari denied.

No. 80–6182.   MOORE v. BAKER.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 80–6184.   GRAHAM v. MORRIS, CORRECTIONAL SUPERINTENDENT, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 80–6186.   WILLIAMS v. OHIO.   Ct. App. Ohio, Summit County.   Certiorari denied.